# Order

**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140401(51)

VIVIAN ATKINS,
    Plaintiff-Appellee,

v

SUBURBAN MOBILITY AUTHORITY FOR
REGIONAL TRANSPORTATION, d/b/a
SMART,
    Defendant-Appellant.

SC: 140401
COA: 288461
Wayne CC: 07-721025-NI

_____

   On order of the Chief Justice, the motion by Michigan Municipal Risk
Management Authority for leave to file a brief *amicus curiae* is considered and it is
granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

              Clerk